UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Case No. 4:17-cr-51 |
| v. | |
| | Judge Travis R. McDonough |
| NATHAN DREW BARKER | |
| | Magistrate Judge Susan K. Lee |

**ORDER**

Magistrate Judge Susan K. Lee filed an amended report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One; (2) accept Defendant's guilty plea as to Count One; (3) adjudicate the Defendant guilty of Count One; (4) order that Defendant remain in custody until sentencing in this matter (Doc. 18). Neither party filed a timely objection to the amended report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's amended report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's amended report and recommendation (Doc. 18) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **July 27, 2018 at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**